```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MERCEDES PARRA,                                                  :
                                                                 :   ORDER
                                    Plaintiff,                   :
                                                                 :
                  -against-                                      :   20-CV-8693 (OTW)
                                                                 :
COMMISSIONER OF SOCIAL SECURITY,                                 :
                                                                 :
                                    Defendant.                   :
                                                                 :
-----------------------------------------------------------------X
```

**ONA T. WANG, United States Magistrate Judge:**

Plaintiff's deadline to respond to the Commissioner's motion for judgment on the pleadings is extended *nunc pro tunc* to **March 31, 2022**. The Commissioner shall email and mail a copy of this Order to Plaintiff by **February 14, 2022** and file proof of service on the Docket by the same date.

The Clerk of Court is directed to update *pro se* Plaintiff's address to 1232 Metcalf Avenue, Apartment 2H, Bronx, NY 10472 pursuant to ECF 25.

|  |  |
|---|---|
| | _s/ Ona T. Wang_ |
| Dated: February 10, 2022 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |