**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MERCEDES P.,

|  |  |  |
|---|---|---|
| | Plaintiff, | 20 **CIVIL** 8693 (GRJ) |

-v-                                                          **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                                    Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Decision and Order dated February 6, 2023, Plaintiff's Motion for Judgment

on the Pleadings is DENIED; the Commissioner's Motion for Judgment on the Pleadings is

GRANTED; and this case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
          February 6, 2023


                                        **RUBY J. KRAJICK**

                                    _____
                                          **Clerk of Court**

                            **BY:**        *K. Mango*
                                    _____
                                          **Deputy Clerk**